[Civil No. 1475. Filed February 10, 1916.]

[154 Pac. 1042.]

R. L. SLAUGHTER, Appellant, v. JOHN H. SLAUGHTER, Appellee.

APPEAL from a judgment of the Superior Court of the County of Cochise. A. C. Lockwood, Judge. Affirmed.

Messrs. Richardson & White, for Appellant.

Messrs. Ellinwood & Ross and Mr. S. H. Morris, for Appellee.

PER CURIAM.—The parties have stipulated that this case shall abide the decision and judgment in case numbered 1476 *ante*, p. 484, 154 Pac. 1040, just decided. The record is the same as in that case, except in the date of maturity of note and party plaintiff.

Judgment is accordingly affirmed.